doubtedly the general rule is, where an act is made criminal, with exceptions embraced in the same clause of the statute which creates the offense, so as to be descriptive of the offense intended to be punished, it is necessary, in the indictment stating the act had been done, to negative the exceptions so as to show affirmatively the precise crime defined has been committed.''

It is also urged by counsel for the People that ''Every indictment or accusation of the grand jury shall be deemed sufficiently technical which states the offense in the language of the statute creating the offense, or so plainly that the nature of the offense may be easily understood by the jury.'' This is well settled law, but the trouble is that the prosecutor, probably with the statute before him, for some reason difficult to understand, inserted an element within the exception not required by the statute.

In our opinion the information stated no offense, and the judgment is reversed and the cause remanded.

*Reversed and remanded.*

---

## The People of the State of Illinois, Defendant in Error, v. Eugene Hustion, Plaintiff in Error.

### Gen. No. 18,714.

This case is controlled by the decision in People v. Hustion, No. No. 18, 713, *ante*, page 293.

Error to the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in this court at the October term, 1912. Reversed and remanded. Opinion filed March 24, 1913.

ARCHIBALD E. GUERIN and WALLACE STREETER, for plaintiff in error.

MACLAY HOYNE, for defendant in error; ZACH HOFHEIMER, of counsel.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

This is a writ of error from a judgment in a prosecution on an information substantially the same as set out in People v. Hustion, *ante*, p. 293, in an opinion handed down of this date. The same objection to the information there made is also urged here. The decision in the said case is controlling here, and the judgment is reversed and the cause remanded.

*Reversed and remanded.*

---

**The People of the State of Illinois, Defendant in Error, v. Eugene Hustion, Plaintiff in Error.**

**Gen. No. 18,715.**

This case is controlled by the decision in People v. Hustion, No. 18,713, *ante*, page 293.

Error to the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in this court at the October term, 1912. Reversed and remanded. Opinion filed March 24, 1913.

ARCHIBALD E. GUERIN and WALLACE STREETER, for plaintiff in error.

MACLAY HOYNE, for defendant in error; ZACH HOFHEIMER, of counsel.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

This is a writ of error from a judgment in a prosecution on an information substantially the same as set out in People v. Hustion, *ante*, p. 293, in an opinion handed down of this date. The same objection to the information there made is also urged here. The decision in the said case is controlling here, and the judgment is reversed and the cause remanded.

*Reversed and remanded.*